COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-413-CV

NIKHAT A. QURESHI APPELLANT

V.

ROBERT T. STITES, ATTORNEY AT LAW, APPELLEE

A PROFESSIONAL CORPORATION 

----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

[DELIVERED JAN. 9, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.